# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. CR415-101 |
| ) | |
| LINDA RENE WALKER, ) | |

## REPORT AND RECOMMENDATION

On July 2, 2015, the Court ordered a forensic psychological examination of defendant Linda Walker, in accordance with 18 U.S.C. § 4241(a) and (b), to assess both her mental competency for trial and her criminal responsibility for the charged offense. Doc. 19. She has since had a comprehensive psychological evaluation at the Carswell Federal Medical Center in Fort Worth, Texas. Her evaluators found that she is competent to stand trial and was sane at the time of the offense.

Both defendant and the government stipulate to the report's findings. The Court concurs with the report's unrebutted findings and concludes that Walker is not presently suffering from a mental disease or defect rendering her mentally incompetent to stand trial. It is

therefore **RECOMMENDED** that defendant be found competent to stand trial pursuant to 18 U.S.C. § 4241.

**SO REPORTED AND RECOMMENDED**, this 12th day of November, 2015.

*[signature]*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA